AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California



FILED
JAN 2 8 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DC

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Blue LG Cellular Telephone
Model No: LGMS210
S/N: 709CYWC135137

Case No.

19MJ0352

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ___Southern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Sec. 1324 & | Bringing in aliens for financial gain and without presentation; and |
| 18 USC Sec. 371 | Conspiracy |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

CBP Officer Steven S. Serrano
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/29/18

*Judge's signature*

City and state: San Diego, California

Hon. Anthony J. Battaglia
*Printed name and title*

# A F F I D A V I T

Steven S. Serrano, being duly sworn, states:

1. I am an Officer with United States Customs and Border Protection ("CBP"), within the Department of Homeland Security. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). I am duly appointed and have been acting in that capacity since 2003. As a federal agent, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

2. I am currently assigned as a liaison officer to the United States Attorney's Office in the Southern District of California, and have previously served as an officer with CBP's Criminal Enforcement Unit. I have received basic law enforcement training at the CBP officer academy at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia.

3. Based on my training and my experience as a CBP Officer, I am familiar with federal criminal and immigration laws. My primary duties for the past 15 years have involved enforcing federal immigration laws. As part of this training, I have attended criminal investigation training including studies in criminal law, constitutional law, search and seizure practices, and courtroom procedure, among other things.

4. Based on my training and experience, I am familiar with the techniques used by human trafficking organizations as part of their efforts to smuggle undocumented aliens into the United States. Among other things, I know that reliable, real-time communications among smugglers are critical, and that cellular telephones are vital and used constantly by such individuals to coordinate their activities. I also know that these communications are particularly important immediately before, during, and immediately after the organization brings an undocumented alien across the international border and into the United States. Finally, I know from my training and experience that alien smugglers almost always operate for financial gain—that is, individuals who assist in bringing an undocumented alien into the United States as part of a coordinated smuggling enterprise are almost always paid for their efforts.

5. This affidavit supports an application for a warrant to search and seize evidence from the following cellular telephone (the "Subject Device"), more

particularly described in Attachment A, which is incorporated herein:

| **LG Cellular Telephone** | Model No: LGMS210<br>FCC ID: ZNFM210<br>S/N: 709CYWC135137<br>IMEI: 353191-09-135137-9 |
|---|---|
| Seized under FPF No. 2018-2504-00074101-002 | |

6. As discussed in more detail below, I previously searched the Subject Device on or about January 25, 2018 at the San Ysidro Port of Entry in reliance on a written consent to search made by its owner, Yvette Monica Phillips, as well as my authority to conduct border searches.

7. Based on information below, I have probable cause to believe that the **Subject Device** contains evidence of a crime. Specifically, I have probable cause to believe that the **Subject Device** contains evidence of bringing in aliens for financial gain and without presentation, in violation of Title 8, United States Code, Section 1324; and conspiracy, in violation of Title 18, United States Code, Section 371.

8. The **Subject Device** is currently in CBP custody at 880 Front Street, San Diego, California 92101. The evidence to be searched for and seized is described in Attachment B, incorporated herein.

9. The following Affidavit is based on my own investigation, as well as conversations with other agents and facts recently disclosed in open court during a jury trial of Ms. Phillips that concluded on January 18, 2019 with a mistrial. Since this affidavit is for a limited purpose, I have not included every fact I know about this investigation. I set forth only facts necessary to establish foundation for the requested warrants. Conversations and discussions below are set forth in substance unless noted. Dates and times are approximate.

## PROBABLE CAUSE

### *Ms. Phillips Is Arrested Smuggling Aliens and Carrying the Subject Device*

10. On January 24, 2018, at approximately 10:48 p.m., Ms. Phillips drove a 1999 Toyota Sienna up to primary inspection at the San Ysidro Port of Entry.

CBP Officer Victor Tovar found an undocumented alien, Luu Tuan Manh, concealed in a specialized compartment built inside the Sienna's dashboard. Mr. Manh told agents that he had paid $11,000 to smugglers to be brought into the United States, although he had no legal authority to do so.

11. Post-arrest, I interviewed Ms. Phillips, who waived her *Miranda* rights and elected to make a statement. She denied any knowledge of the person inside her dashboard, but told me that she had rented the van from "Wan" in Tijuana earlier on January 24, 2018 for 350 pesos. She told me during the interview that Wan's telephone number was saved in her cellphone. That cellphone (the **Subject Device**) was found in Ms. Phillips' possession when she was arrested.

### *The Subject Device Contains Records of Ms. Phillips' Communications with Her Coconspirators*

12. Ms. Phillips consented in writing to a search of the **Subject Device**. Based on that consent, and on my general border search authority, I conducted a Cellebrite download of the **Subject Device** on or about January 25, 2018. The download successfully obtained call logs and text message records going back to early December 2017. Based on a limited review comparing the records downloaded with what I could observe in the **Subject Device**, the download appeared accurate.

13. Among the downloaded calls and text messages were numerous communications with "Wan" between January 22 and 24, 2018. I also saw numerous calls with Oscar and Edgar, two other individuals who appeared to be working with "Wan" as far as I could tell from the messages. Finally, I saw that the final three telephone calls or attempted calls made to Ms. Phillips on the **Subject Device** were from a number she had saved as "Yvette Work," which was significant to me because Ms. Phillips told me during her interview that she was unemployed and disabled.

14. Following her arrest, Ms. Phillips was indicted in case number 18-cr-880-AJB for bringing in aliens for financial gain and without presentation. She pleaded not guilty and elected to go to trial. In preparation for her trial, I assisted in preparing a chart summarizing the calls I believed were relevant to her activities on January 24, 2018. That chart was presented as government's exhibit 37 and is attached to this Affidavit as Exhibit 1.

### *At Trial, Ms. Phillips Asserts That the Subject Device Contains Other Evidence Not Found During the Initial Search*

15. Ms. Phillips was tried by jury for bringing in aliens for financial gain and without presentation beginning January 15, 2019.

16. During the trial, the prosecutors presented evidence (based on my January 25, 2018 search of the **Subject Device**) summarizing Ms. Phillips' calls with "Wan," as well as Edgar and Oscar—two individuals who seemed from the phone evidence to be working with "Wan" to make his arrangements with Ms. Phillips. The prosecutors also presented evidence of communications between Ms. Phillips and a contact she had evidently saved as "Yvette Work," which included the last three phone calls or attempted phone calls ever made to the Subject Device in the minutes before Ms. Phillips' arrest on January 24, 2018. *See* Exhibit 1.

17. Ms. Phillips testified in her own defense. During her testimony, she claimed (in substance) that "Yvette Work" was a government-issued phone that she had received and then given to her daughter-in-law. Ms. Phillips testified that she also communicated with her daughter-in-law through Facebook Messenger, using the Subject Device, and her attorney argued to the jury that the government's investigation had simply overlooked those messages when it searched her phone.

18. The trial resulted in a mistrial on January 18, 2019, when the jurors reported that they were unable to reach a unanimous verdict.

### *The Subject Device*

19. The **Subject Device** is a blue LG cellular telephone. It was possessed by Ms. Phillips on January 24, 2018 when she attempted to smuggle an undocumented alien into the United States, and I know from my prior search that it contains text messages and call records reflecting communications with the individual whom Ms. Phillips has identified as probably responsible for placing that alien inside the vehicle she was driving. The **Subject Device** is currently within the possession and custody of CBP's evidence vault in the Federal Building at 880 Front Street, San Diego, California in an evidence bag and under a seizure form bearing my name and signature.

20. By this affidavit, I seek authorization to search the Subject Device using the protocol set out below in paragraphs 20 through 22.

## PROCEDURES FOR ELECTRONICALLY STORED INFORMATION

21. It is not possible to determine, merely by knowing the cellular telephone's make, model and serial number, the nature and types of services to which the device is subscribed and the nature of the data stored on the device. Cellular devices today can be simple cellular telephones and text message devices, can include cameras, can serve as personal digital assistants and have functions such as calendars and full address books and can be mini-computers allowing for electronic mail services, web services and rudimentary word processing. An increasing number of cellular service providers now allow for their subscribers to access their device over the internet and remotely destroy all of the data contained on the device. For that reason, the device may only be powered in a secure environment or, if possible, started in "flight mode" which disables access to the network. Unlike typical computers, many cellular telephones do not have hard drives or hard drive equivalents and store information in volatile memory within the device or in memory cards inserted into the device. Current technology provides some solutions for acquiring some of the data stored in some cellular telephone models using forensic hardware and software. Even if some of the stored information on the device may be acquired forensically, not all of the data subject to seizure may be so acquired. For devices that are not subject to forensic data acquisition or that have potentially relevant data stored that is not subject to such acquisition, the examiner must inspect the device manually and record the process and the results using digital photography. This process is time and labor intensive and may take weeks or longer.

22. Following the issuance of this warrant, I will collect the subject cellular telephone and subject it to analysis. All forensic analysis of the data contained within the telephone and its memory cards will employ search protocols directed exclusively to the identification and extraction of data within the scope of this warrant.

23. Based on the foregoing, identifying and extracting data subject to seizure pursuant to this warrant may require a range of data analysis techniques, including manual review, and, consequently, may take weeks or months. The personnel conducting the identification and extraction of data will complete the analysis within ninety (90) days of the date the warrant is signed, absent further application to this Court.

## PRIOR ATTEMPTS TO OBTAIN DATA

24.  As explained above, I have previously attempted to obtain almost all of the data subject to seizure in this request during a consent and border search on or about January 25, 2019.  That search resulted in a Cellebrite download that, according to Ms. Phillips' testimony and arguments at trial, apparently omitted relevant information that would have provided important evidence about her activities leading up to her arrest.  I request authority for a renewed search by this application.

WHEREFORE, I request that the Court issue a search warrant for the **Subject Device** identified in Attachment A to seize the evidence in Attachment B.

_____
Officer Steven S. Serrano
U.S. Customs and Border Protection

SUBSCRIBED and SWORN to before me on January _28th_, 2019.

_____
Hon. Anthony J. Battaglia
UNITED STATES DISTRICT JUDGE

## ATTACHMENT A

Blue LG Cellular Telephone
Model No: LGMS210
FCC ID: ZNFM210
S/N: 709CYWC135137
IMEI: 353191-09-135137-9

as well as any memory or SIM cards currently in the device,

seized under FPF No. 2018-2504-00074101-002, and currently in the possession of U.S Customs and Border Protection, Department of Homeland Security at 880 Front Street, San Diego, CA 92101.

## ATTACHMENT B
### ITEMS TO BE SEIZED

The following evidence to be searched for and seized pertains to violations of 8 U.S.C. § 1324 (bringing in aliens for financial gain and without presentation); and 18 U.S.C § 371 (conspiracy) **for the period November 1, 2017 to January 26, 2018**:

Communications, records, computer files, or data including but not limited to emails, text messages, chat records, documents, photographs, audio files, videos, or location data:

a. tending to indicate efforts to smuggle undocumented aliens into the United States, including transfer of any money between individuals associated with such efforts;

b. tending to identify co-conspirators, criminal associates, customers, or others involved in smuggling undocumented aliens into the United States;

c. concerning any rental or purported rental of a vehicle by the user of the Subject Device;

d. concerning "Wan," "Edgar," "Oscar," "Yvette Work," or the telephone numbers 918-123-9394, 664-164-1015, 664-599-1887, or 661-117-8079;

e. identifying the daughter-in-law of Yvette Monica Phillips, including her telephone number, Facebook ID or messenger handle or similar identifiers; or

f. tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data above.

## Calls and Text Messages on Yvette Phillips' Phone
### Between 12/7/2018 and 1/24/2018
Involving "Wan," "Edgar," "Oscar," and "Yvette Work"
And selected calls and texts involving "Yve/cynthia"

| Date | Time (PST) | Caller/Sender | Called/Recipient | Call Duration | Message |
|---|---|---|---|---|---|
| 1/22/2018 | 11:42:26 AM - 11:44:40 AM | Yvette Phillips | | N/A | [two missed calls] |
| 1/22/2018 | 2:11:17 PM | | Yvette Phillips | N/A | |
| 1/22/2018 | 2:13:25 PM | | Yvette Phillips | SMS TEXT | |
| 1/22/2018 | 2:14:21 PM | Yvette Phillips | | 1:21 | |
| 1/22/2018 | 2:22:47 PM | | Yvette Phillips | SMS TEXT | |
| 1/22/2018 | 2:23:53 PM | Yvette Phillips | | SMS TEXT | What time |
| 1/22/2018 | 2:24:33 PM | | Yvette Phillips | SMS TEXT | |
| 1/22/2018 | 2:25:17 PM | Yvette Phillips | | 0:42 | |
| 1/22/2018 | 2:40:54 PM | | Yvette Phillips | 0:01 | |
| 1/22/2018 | 2:41:27 PM - 2:41:35 PM | Yvette Phillips | | N/A | [two missed calls] |
| 1/22/2018 | 2:41:49 PM | Yvette Phillips | | 0:10 | |
| 1/22/2018 | 3:19:36 PM | Yvette Phillips | | N/A | |
| 1/22/2018 | 3:20:21 PM | Yvette Phillips | | 0:48 | |
| 1/22/2018 | 3:27:02 PM | Yvette Phillips | Edgar (526641641015) | 0:15 | |

Exhibit 1

GOVERNMENT'S EXHIBIT
18CR0880-AJB
37

| Date | Time | From | To | Duration | Notes |
|---|---|---|---|---|---|
| 1/22/2018 | 3:34:21 PM | Yvette Phillips | Edgar (526641641015) | 0:16 | |
| 1/22/2018 | 8:34:56 PM | Yvette Phillips | Edgar (526641641015) | N/A | |
| 1/22/2018 | 8:36:22 PM | Oscar (16645991887) | Yvette Phillips | N/A | |
| 1/22/2018 | 8:38:02 PM - 8:39:02 PM | Yvette Phillips | Oscar (16645991887) | N/A | [three missed calls] |
| 1/23/2018 | 11:13:42 AM | | Yvette Phillips | 1:39 | |
| 1/23/2018 | 11:54:20 AM | Yvette Phillips | | N/A | |
| 1/23/2018 | 11:56:56 AM | Yvette Phillips | Yve/cynthia (13234890068) | SMS TEXT | 9181239394 Edgar |
| 1/23/2018 | 11:57:48 AM | Yvette Phillips | Yve/cynthia (13234890068) | SMS TEXT | Oscar +1 664-599-1887 |
| 1/23/2018 | 12:18:31 PM | | Yvette Phillips | 0:56 | |
| 1/23/2018 | 12:42:06 PM | Yve/cynthia (13234890068) | Yvette Phillips | SMS TEXT | Whos numbers and why |
| 1/23/2018 | 12:42:23 PM | Yve/cynthia (13234890068) | Yvette Phillips | SMS TEXT | Are you still at the wash house |
| 1/23/2018 | 1:26:12 PM - 1:48:24 PM | Yvette Phillips | Oscar (16645991887) | N/A | [four missed calls] |
| 1/23/2018 | 1:48:45 PM | Yvette Phillips | Edgar (526641641015) | N/A | |
| 1/23/2018 | 1:49:56 PM | Yvette Phillips | | 1:14 | |
| 1/23/2018 | 2:17:20 PM | Yvette Phillips | | 0:38 | |
| 1/23/2018 | 4:54:24 PM - 4:55:28 PM | Yvette Phillips | Oscar (16645991887) | N/A | [three missed calls] |
| 1/23/2018 | 4:55:47 PM | Yvette Phillips | | 0:26 | |

| Date | Time | | | Duration | |
|---|---|---|---|---|---|
| 1/23/2018 | 5:27:46 PM | Yvette Phillips | Oscar (16645991887) | N/A | |
| 1/23/2018 | 5:29:21 PM | Yvette Phillips | | 0:20 | |
| 1/23/2018 | 6:12:06 PM | Yvette Phillips | | N/A | |
| 1/23/2018 | 6:12:55 PM | Yvette Phillips | | 0:17 | |
| 1/23/2018 | 6:37:59 PM | Yvette Phillips | Edgar (526641641015) | N/A | |
| 1/23/2018 | 6:39:20 PM | Yvette Phillips | Oscar (16645991887) | N/A | |
| 1/23/2018 | 6:39:29 PM - 6:40:32 PM | Yvette Phillips | | N/A | [two missed calls] |
| 1/23/2018 | 6:46:59 PM | Yvette Phillips | | 0:01 | |
| 1/23/2018 | 6:57:46 PM | Yvette Phillips | | N/A | |
| 1/23/2018 | 6:58:33 PM - 6:59:12 | Yvette Phillips | Oscar (16645991887) | N/A | [two missed calls] |
| 1/23/2018 | 6:59:19 PM | Yvette Phillips | Edgar (526641641015) | N/A | |
| 1/23/2018 | 7:00:20 PM | Yvette Phillips | | N/A | |
| 1/23/2018 | 7:04:59 PM | Yvette Phillips | Oscar (16645991887) | 1:06 | |
| 1/23/2018 | 7:29:43 PM | | Yvette Phillips | 1:11 | |
| 1/23/2018 | 9:35:14 PM | Yvette Phillips | Oscar (16645991887) | N/A | |
| 1/24/2018 | 2:11:22 AM | | Yvette Phillips | SMS TEXT | |
| 1/24/2018 | 10:32:21 AM | Yvette Phillips | | 0:46 | |

| Date | Time | From | To | Duration | Notes |
|---|---|---|---|---|---|
| 1/24/2018 | 11:06:29 AM | Yvette Phillips | Oscar (16645991887) | N/A | |
| 1/24/2018 | 11:07:13 AM | Yvette Phillips | | N/A | |
| 1/24/2018 | 11:08:10 AM | Yvette Phillips | | 3:23 | |
| 1/24/2018 | 11:18:33 AM - 11:19:48 AM | | Yvette Phillips | N/A | [two missed calls] |
| 1/24/2018 | 11:22:44 AM | | Yvette Phillips | SMS TEXT | |
| 1/24/2018 | 11:26:48 AM - 11:34:31 AM | | Yvette Phillips | N/A | [two missed calls] |
| 1/24/2018 | 11:37:31 AM | | Yvette Phillips | SMS TEXT | |
| 1/24/2018 | 11:39:50 AM - 11:42:09 AM | | Yvette Phillips | N/A | [two missed calls] |
| 1/24/2018 | 11:44:51 AM | | Yvette Phillips | 0:32 | |
| 1/24/2018 | 12:03:47 PM | | Yvette Phillips | 0:11 | |
| 1/24/2018 | 12:07:12 PM - 12:07:34 PM | Yvette Phillips | | N/A | [two missed calls] |
| 1/24/2018 | 12:07:44 PM | Yvette Phillips | | 0:44 | |
| 1/24/2018 | 12:13:03 PM | Yvette Phillips | | 0:24 | |
| 1/24/2018 | 12:15:18 PM | | Yvette Phillips | 0:25 | |
| 1/24/2018 | 1:29:02 PM | | Yvette Phillips | 0:29 | |
| 1/24/2018 | 1:46:27 PM | | Yvette Phillips | 0:24 | |
| 1/24/2018 | 1:49:23 PM | | Yvette Phillips | N/A | |

| | | | | | |
|---|---|---|---|---|---|
| 1/24/2018 | 2:02:28 PM - 5:03:23 PM | Yvette Phillips | | N/A | [two missed calls] |
| 1/24/2018 | 5:03:33 PM | Yvette Phillips | | 0:06 | |
| 1/24/2018 | 5:24:16 PM | Yvette Work (16611178079) | Yvette Phillips | N/A | |
| 1/24/2018 | 6:02:13 PM | | Yvette Phillips | N/A | |
| 1/24/2018 | 6:02:33 PM - 6:24:40 PM | Yvette Phillips | | N/A | [eleven missed calls] |
| 1/24/2018 | 6:36:11 PM | Yvette Phillips | | 0:04 | |
| 1/24/2018 | 6:36:44 PM - 6:37:34 PM | Yvette Phillips | | N/A | [two missed calls] |
| 1/24/2018 | 6:56:41 PM | | Yvette Phillips | 0:15 | |
| 1/24/2018 | 7:16:01 PM - 7:56:28 PM | Yvette Phillips | | N/A | [three missed calls] |
| 1/24/2018 | 7:56:39 PM | Yvette Phillips | | 0:01 | |
| 1/24/2018 | 7:57:20 PM - 8:03:27 PM | Yvette Phillips | | N/A | [three missed calls] |
| 1/24/2018 | 8:04:21 PM | Yvette Phillips | | SMS TEXT | The cab is here |
| 1/24/2018 | 8:06:23 PM | Yvette Phillips | | N/A | |
| 1/24/2018 | 10:31:52 PM | Yvette Work (16611178079) | Yvette Phillips | N/A | |
| 1/24/2018 | 10:35:21 PM | Yvette Work (16611178079) | Yvette Phillips | 0:50 | |
| 1/24/2018 | 10:36:36 PM | Yvette Work (16611178079) | Yvette Phillips | 0:20 | |